Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

_____May 7___20 25

Ravi Subramanian, Clerk

By_____ Deputy

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHANTE BROADY,

Defendant.

NO.    CR25-077 JCC

INDICTMENT

The Grand Jury charges that:

### COUNT 1

**(Sex Trafficking of an Adult Female (AV2) by Force, Fraud, and Coercion)**

Beginning in or about March 2025, and continuing until on or about April 8, 2025, in King County, within the Western District of Washington, and elsewhere, SHANTE BROADY knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, an adult female, AV2, knowing that force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause AV2 to engage in commercial sex acts.

Indictment - 1
*United States v. Broady*
USAO No. 2025R00181

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(1).

## COUNT 2

### (Transportation of an Adult Female (AV2) for the Purpose of Prostitution)

During March 2025, in King County, within the Western District of Washington, and elsewhere, SHANTE BROADY knowingly persuaded, induced, enticed, and coerced an adult female, AV2, to travel in foreign commerce, that is, from the country of Canada to the state of Washington, to engage in prostitution and sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(a).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, SHANTE BROADY shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d), any property that constitutes or is derived from proceeds of the offense, as well as any property involved in, used, or intended to be used to commit or facilitate the commission of the offense. Such property includes, but is not limited to, a judgment for a sum of money reflecting the proceeds SHANTE BROADY obtained from his commission of the offense.

Upon conviction of the offense alleged in Count 2, SHANTE BROADY shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a), any property that constitutes or is derived from proceeds of the offense, as well as any property used or intended to be used to commit or facilitate the offense. Such property includes, but is not limited to, a judgment for a sum of money reflecting the proceeds SHANTE BROADY obtained from his commission of the offense.

Indictment - 2
*United States v. Broady*
USAO No. 2025R00181

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

     a.    cannot be located upon the exercise of due diligence;

     b.    has been transferred or sold to, or deposited with, a third party;

     c.    has been placed beyond the jurisdiction of the Court;

     d.    has been substantially diminished in value; or,

     e.    has been commingled with other property which cannot be divided without difficulty,

///
///
///

Indictment - 3
*United States v. Broady*
USAO No. 2025R00181

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 5|7|2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TEAL LUTHY MILLER
Acting United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
CATHERINE L. CRISHAM
Assistant United States Attorney

Indictment - 4
*United States v. Broady*
USAO No. 2025R00181

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970