The Honorable John C. Coughenour

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

October 8, 20 25

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. SHANTE BROADY, Defendant. | NO. CR25-077 JCC **SUPERSEDING INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

**(Sex Trafficking of an Adult Female (AV2) by Force, Fraud, and Coercion)**

Beginning in or about March 2025, and continuing until on or about April 8, 2025, in King County, within the Western District of Washington, and elsewhere, SHANTE BROADY knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, an adult female, AV2, knowing that force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause AV2 to engage in commercial sex acts.

Superseding Indictment - 1
*United States v. Broady*
USAO No. 2025R00181

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(1).

## COUNT 2

**(Transportation of an Adult Female (AV2) for the Purpose of Prostitution)**

During March 2025, in King County, within the Western District of Washington, and elsewhere, SHANTE BROADY knowingly persuaded, induced, enticed, and coerced an adult female, AV2, to travel in foreign commerce, that is, from the country of Canada to the state of Washington, to engage in prostitution and sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(a).

## COUNT 3

**(Sex Trafficking of a Minor (MV1))**

Beginning in or about December 2024, and continuing until on or about January 29, 2025, in King County, within the Western District of Washington, and elsewhere, SHANTE BROADY knowingly, in and affecting interstate and foreign commerce, recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, a minor female, MV1, who had not attained the age of eighteen years, knowing, and in reckless disregard of the fact, that MV1 had not attained the age of eighteen years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(2), and (c).

## COUNT 4

**(Transportation of a Minor (MV1) with Intent to Engage in Prostitution)**

On or about January 27, 2025, in King County, within the Western District of Washington, and elsewhere, SHANTE BROADY transported a minor female, MV1, who had not attained the age of eighteen years in interstate commerce, that is, from Texas to

Superseding Indictment - 2
*United States v. Broady*
USAO No. 2025R00181

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Washington State, with the intent that MV1 engage in prostitution and sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2423(a).

## COUNT 5

### (Unlawful Possession of a Firearm)

On or about April 11, 2025, in King County, within the Western District of Washington, SHANTE BROADY, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i.  *Burglary of a Dwelling with Armed with Deadly Weapon*, in the Circuit Court of Stafford County, Virginia, in case number CR06000780, on or about May 26, 2006;

ii.  *Robbery* (two counts), in the Circuit Court of Stafford County, Virginia, in case number CR06000780, on or about May 26, 2006; and

iii.  *Use of a Firearm in the Commission of a Felony* (five counts), in the Circuit Court of Stafford County, Virginia, in case number CR06000780, on or about May 26, 2006,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a .380 auto caliber Ruger pistol, Model LCP, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 5 of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of either of the offenses alleged in Counts 1 and 3 of this Superseding Indictment, SHANTE BROADY shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d), any property that constitutes or is derived from proceeds of the offense, as well as any property involved in, used, or intended to be used to commit or facilitate the commission of the offense. Such property

Superseding Indictment - 3
*United States v. Broady*
USAO No. 2025R00181

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

includes, but is not limited to, a judgment for a sum of money reflecting the proceeds SHANTE BROADY obtained from his commission of the offense.

Upon conviction of either of the offenses alleged in Counts 2 and 4, SHANTE BROADY shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a), any property that constitutes or is derived from proceeds of the offense, as well as any property used or intended to be used to commit or facilitate the offense. Such property includes, but is not limited to, a judgment for a sum of money reflecting the proceeds SHANTE BROADY obtained from his commission of the offense.

Upon conviction of the offense alleged in Count 5, SHANTE BROADY shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to, one .380 auto caliber Ruger pistol, Model LCP, and any associated ammunition, seized on or about April 10, 2025, from SHANTE BROADY's residence in Seattle, Washington.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property which cannot be divided without difficulty,

///
///
///

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: Yes

DATED: 10|8|2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

CHARLES NEIL FLOYD
United States Attorney

TODD GREENBERG
Assistant United States Attorney

CATHERINE L. CRISHAM
Assistant United States Attorney

Superseding Indictment - 5
*United States v. Broady*
USAO No. 2025R00181

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970